

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 95TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On August 14, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

The State of Texas v. Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3, Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6, Nonparty Patient No. 7, and Nonparty Patient No. 8, Nonparty Patient No. 9, Nonparty Patient No. 10, and Nonparty Patient No. 11

Court of Appeals No. 15-25-00023-CV
Trial Court No. DC-25-01823

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and finds error in the interlocutory order. We therefore order the interlocutory order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the Court's opinion.

We further order that all costs incurred by reason of this appeal be paid appellant, the State of Texas.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 10, 2025.

**CHRISTOPHER A. PRINE, CLERK**